STATE OF CONNECTICUT *v.* RAYMON VASQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 648, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided April 16, 1987

TOWN OF FARMINGTON ET AL. *v.* VIACOM BROADCASTING, INC.

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 190, is denied.

*Thomas C. Clark,* in support of the petition.

*David J. Elliott,* in opposition.

Decided April 23, 1987

STATE OF CONNECTICUT *v.* THOMAS CASCONE

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 163, is denied.

*Albert G. Murphy,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided May 1, 1987